UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION



FILED
JUN 24 2005

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| SI TANKA UNIVERSITY,<br>　　　　　　Appellant,<br>v.<br>UNITED STATES DEPARTMENT<br>OF EDUCATION,<br>　　　　　　Appellee. | CIV05-3012<br><br>JUDGMENT OF DISMISSAL |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

　　The Court having entered its Order on June 24, 2005, denying the Appellant's motion for leave to appeal, it is hereby

　　ORDERED AND ADJUDGED AND DECREED that this action be, and hereby is, dismissed.

　　Dated this 24th day of June, 2005.

　　　　　　　　　　　　　　　　　　JOSEPH HAAS, Clerk

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Deputy Clerk